**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scott Kenton, | )<br>) |
| Plaintiff, | ) No. CV-04-2005-PCT-PGR<br>) |
| vs. | )<br>) |
| Linda Foster, | ) ORDER<br>) |
| Defendant. | ) |

On November 24, 2008, the plaintiff filed a proposed form of judgment that included the sum of $25,000 as attorney fees (doc. #71), a Notice of Agreement Regarding Proposed Form of Judgment (doc. #74), wherein he states that the lodged proposed judgment is a "mutually-agreeable judgment," and an Application for Attorneys' Fees (doc. #72), wherein he seeks attorneys' fees in the sum of $25,000.

Since the defendant has not filed any opposition to the proposed form of judgment and has not filed an opposition to the Application for Attorneys' Fees, the Court construes the proposed form of judgment as being in effect a stipulated judgment. That being the case, the Court construes the attorneys' fees application as being withdrawn as unnecessary. Therefore,

1 | IT IS ORDERED that the parties' proposed form of judgment is construed
2 | as a stipulated judgment.
3 | IT IS FURTHER ORDERED that the plaintiff's Application for Attorneys'
4 | Fees (doc. #72) is deemed to be withdrawn.
5 | DATED this 17th day of December, 2008.

/s/ Paul G. Rosenblatt
Paul G. Rosenblatt
United States District Judge